PRUDEN and WINBORNE, Trustees, v. T. J. WHITE et als.

(Filed 14 September, 1910.)

APPEAL from *George W. Ward, J.,* at the Spring Term, 1910, of HERTFORD.

(DEFENDANTS WHITE AND TAYLOE APPEALED.)

*Stanley Winborne* for plaintiffs;
*L. L. Smith* for defendant White;
*Geo. Cowper* for defendant Tayloe.

PER CURIAM. We have carefully examined and considered the records in both of these appeals and are of the opinion that

substantial justice has been done and that no reversible error appears. The judgment of the court is therefore affirmed.

Affirmed in both appeals.